IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vicente Hernandez and Blanche Hernandez, husband and wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Praxedis Sandoval and Norma L. Sandoval, trustees of The Praxedis and Norma L. Sandoval Living Trust, et al.,<br><br>　　　　Defendants. | No. CV-13-01610-PHX-ROS<br><br>**ORDER** |

　　　　The Court having considered Plaintiffs' Motion to Dismiss with Prejudice (**Doc. 14**), and good cause appearing,

　　　　**IT IS ORDERED** the motion is **GRANTED** and this case is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

　　　　DATED this 11th day of December, 2013.

_____
Roslyn O. Silver
Senior United States District Judge